JURY,LC02

# U.S. District Court
## Eastern District of Washington (Spokane)
## CIVIL DOCKET FOR CASE #: 2:26–cv–00014–TOR

ABC IP LLC et al v. AR–TT LLC et al
Assigned to: Judge Thomas O. Rice
Cause: 35:271 Patent Infringement

Date Filed: 01/13/2026
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**ABC IP LLC**
*a Delaware limited liability company*

represented by **Benjamin Christoff**
Fish & Richardson
1000 Maine Avenue SW
Washington, DC 20024
202–626–7724
Email: christoff@fr.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carl Edward Bruce**
Fish & Richardson
1717 Main Street
Suite 5000
Dallas, TX 75201
214–747–5070
Email: bruce@fr.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Glenn Dean Bellamy**
Wood Herron & Evans LLP
600 Vine Street
Suite 2800
Cincinnati, OH 45202
513–241–2324
Fax: 513–241–6234
Email: gbellamy@whe–law.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matt A Colvin**
Fish & Richardson
1717 Main Street
Suite 5000
Dallas, TX 75201
214–747–5070
Fax: 214–747–2091
Email: colvin@fr.com
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Susan C Nelson**
Kutak Rock LLP
510 West Riverside Avenue
Suite 800
Spokane, WA 99201
509–747–4040
Fax: 509–747–4545
Email: susan.nelson@kutakrock.com
*ATTORNEY TO BE NOTICED*

## Plaintiff

**Rare Breed Triggers Inc**                    represented by    **Benjamin Christoff**
*a Texas corporation*                                            (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *PRO HAC VICE*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Carl Edward Bruce**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *PRO HAC VICE*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Glenn Dean Bellamy**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *PRO HAC VICE*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Matt A Colvin**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *PRO HAC VICE*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Susan C Nelson**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

V.

## Defendant

**AR–TT LLC**
*a Washington limited liability company*
*doing business as*
Takedown Tools

## Defendant

**Clausen Inc**
*a Washington corporation*

**Defendant**

**Jonathan Clausen**
*an individual*

**Defendant**

**Jodi Clausen**
*an individual*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/13/2026 | Ï 1 | COMPLAINT against All Defendants ( Filing fee $ 405; Receipt # AWAEDC–4935291) Jury Demand. Filed by All Plaintiffs. (Attachments: # 1 Exhibit A, pp. 38–48, # 2 Exhibit B, pp. 49–79, # 3 Exhibit C, pp. 80–110, # 4 Exhibit D, pp. 111–138, # 5 Civil Cover Sheet, # 6 Summons, # 7 Summons, # 8 Summons, # 9 Summons)(Nelson, Susan) (Entered: 01/13/2026) |
| 01/13/2026 | Ï 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT by ABC IP, LLC. (Nelson, Susan) (Entered: 01/13/2026) |
| 01/13/2026 | Ï 3 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT by Rare Breed Triggers, Inc.. (Nelson, Susan) (Entered: 01/13/2026) |
| 01/13/2026 | Ï | Notice of Judge Assignment. Judge Thomas O. Rice assigned to case. (SG, Case Administrator) (Entered: 01/14/2026) |
| 01/14/2026 | Ï 4 | Report *on the Filing or Determination of an Action Regarding a Patent or Trademark* by ABC IP LLC, Rare Breed Triggers Inc. (Nelson, Susan) (Entered: 01/14/2026) |
| 01/22/2026 | Ï 5 | Summons Issued as to All Defendants. (Attachments: # 1 Clausen Inc, # 2 Jonathan Clausen, # 3 Jodi Clausen)(SG, Case Administrator) (Entered: 01/22/2026) |
| 01/28/2026 | Ï 6 | MOTION to Appear Pro Hac Vice re Attorney: Glenn Dean Bellamy. Filing fee $ 200, receipt number AWAEDC–4944009. by ABC IP LLC, Rare Breed Triggers Inc. Motion Hearing set for **2/27/2026** Without Oral Argument before Judge Thomas O. Rice. (Attachments: # 1 Text of Proposed Order)(Nelson, Susan) Modified on 1/28/2026 (AY, DQA). (Entered: 01/28/2026) |
| 02/02/2026 | Ï 7 | ORDER granting 6 Motion for Leave to Appear Pro Hac Vice. Attorney Glenn Dean Bellamy added for all Plaintiffs. Signed by Judge Thomas O. Rice. TEXT ONLY ORDER; NO PDF WILL ISSUE. (LMG, Law Clerk) (Entered: 02/02/2026) |
| 02/06/2026 | Ï 8 | NOTICE by ABC IP LLC, Rare Breed Triggers Inc *of Motion to Transfer and Consolidate Related Cases* (Attachments: # 1 Appendix Pt 1, pp. 4–280, # 2 Appendix Pt 2, pp. 281–433, # 3 Appendix Pt 3, pp. 434–585)(Nelson, Susan) (Entered: 02/06/2026) |
| 02/13/2026 | Ï 9 | MOTION to Appear Pro Hac Vice re Attorney: Matthew A. Colvin. Filing fee $ 200, receipt number AWAEDC–4953456. by ABC IP LLC, Rare Breed Triggers Inc. Motion Hearing set for **3/16/2026** Without Oral Argument before Judge Thomas O. Rice. (Attachments: # 1 Text of Proposed Order)(Nelson, Susan) (Entered: 02/13/2026) |
| 02/13/2026 | Ï 10 | MOTION to Appear Pro Hac Vice re Attorney: Ben Christoff. Filing fee $ 200, receipt number AWAEDC–4953464. by ABC IP LLC, Rare Breed Triggers Inc. Motion Hearing set for **3/16/2026** Without Oral Argument before Judge Thomas O. Rice. (Attachments: # 1 Text of Proposed Order)(Nelson, Susan) (Entered: 02/13/2026) |

| | | |
|---|---|---|
| 02/17/2026 | 11 | ORDER granting 9 Motion for Leave to Appear Pro Hac Vice. Attorney Matthew A Colvin added for all Plaintiffs. Signed by Judge Thomas O. Rice. TEXT ONLY ORDER; NO PDF WILL ISSUE. (LMG, Law Clerk) (Entered: 02/17/2026) |
| 02/17/2026 | 12 | ORDER granting 10 Motion for Leave to Appear Pro Hac Vice. Attorney Ben Christoff added for all Plaintiffs. Signed by Judge Thomas O. Rice. TEXT ONLY ORDER; NO PDF WILL ISSUE. (LMG, Law Clerk) (Entered: 02/17/2026) |
| 02/19/2026 | 13 | MOTION to Appear Pro Hac Vice re Attorney: Carl E. Bruce. Filing fee $ 200, receipt number AWAEDC–4956019. by ABC IP LLC, Rare Breed Triggers Inc. Motion Hearing set for **3/23/2026** Without Oral Argument before Judge Thomas O. Rice. (Attachments: # 1 Text of Proposed Order)(Nelson, Susan) (Entered: 02/19/2026) |
| 02/20/2026 | 14 | ORDER granting 13 Motion for Leave to Appear Pro Hac Vice. Attorney Carl Edward Bruce added for all Plaintiffs. Signed by Judge Thomas O. Rice. TEXT ONLY ORDER; NO PDF WILL ISSUE. (LMG, Law Clerk) (Entered: 02/20/2026) |
| 04/13/2026 | 15 | MOTION for Extension of Time to Serve Complaint on Defendants *(FIRST REQUEST)* by ABC IP LLC, Rare Breed Triggers Inc. Motion Hearing set for **5/13/2026** Without Oral Argument before Judge Thomas O. Rice. (Attachments: # 1 Exhibit A to Motion for EOT to Serve Complaint, # 2 Exhibit B to Motion for EOT to Serve Complaint, # 3 Exhibit C to Motion for EOT to Serve Complaint, # 4 Exhibit D to Motion for EOT to Serve Complaint, # 5 Text of Proposed Order)(Colvin, Matt) (Entered: 04/13/2026) |
| 04/16/2026 | 16 | WAIVER OF SERVICE Returned Executed by ABC IP LLC, Rare Breed Triggers Inc re AR–TT LLC. (Colvin, Matt) (Entered: 04/16/2026) |
| 04/16/2026 | 17 | WAIVER OF SERVICE Returned Executed by ABC IP LLC, Rare Breed Triggers Inc re Clausen Inc. (Colvin, Matt) (Entered: 04/16/2026) |
| 04/16/2026 | 18 | WAIVER OF SERVICE Returned Executed by ABC IP LLC, Rare Breed Triggers Inc re Jodi Clausen. (Colvin, Matt) (Entered: 04/16/2026) |
| 04/16/2026 | 19 | WAIVER OF SERVICE Returned Executed by ABC IP LLC, Rare Breed Triggers Inc re Jonathan Clausen. (Colvin, Matt) (Entered: 04/16/2026) |
| 04/17/2026 | 20 | NOTICE of Change of Address by Susan C Nelson (Nelson, Susan) (Entered: 04/17/2026) |
| 05/14/2026 | 21 | ORDER GRANTING 15 PLAINTIFFS' MOTION FOR EXTENSION TO SERVE COMPLAINTS. Signed by Judge Thomas O. Rice. (CLP, Operations Supervisor) (Entered: 05/14/2026) |
| 05/27/2026 | 22 | First AMENDED COMPLAINT *FOR PATENT INFRINGEMENT* against AR–TT LLC, Jodi Clausen, Jonathan Clausen, Clausen Inc. Jury Demand. Filed by All Plaintiffs. (Attachments: # 1 Exhibit A – 247 patent, # 2 Exhibit B – 784 patent, # 3 Exhibit C – 538 patent, # 4 Exhibit D – 159 patent, # 5 Exhibit E – 223 patent, # 6 Exhibit F – 003 patent, # 7 Exhibit G – 336 patent, # 8 Exhibit H – 807 patent, # 9 Exhibit I – 403 patent, # 10 Exhibit J – Super Safety Guide)(Colvin, Matt) (Entered: 05/27/2026) |